UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT HEIM,

    Plaintiff,

v.     Case No:   2:15-cv-677-FtM-99MRM

COMISSIONER OF SOCIAL SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION
**TO THE UNITED STATES DISTRICT COURT**

This cause is before the Court on the Order (Doc. 7) entered on December 8, 2015. Plaintiff Robert Heim filed a Complaint (Doc. 1) on October 30, 2015.   Plaintiff also filed an Affidavit of Indigency (Doc. 2) requesting that the Court permit him to proceed without prepaying the filing fee and costs.   On November 3, 2015, the Court entered an Order (Doc. 3) denying without prejudice Plaintiff's request to proceed *in forma pauperis*, and requiring Plaintiff to file a more complete Affidavit of Indigency that included his salary at Goodwill Services and the amount of food stamps he was receiving.   Plaintiff failed to respond to this Order.

Consequently, the Court entered an Order (Doc. 7) that required Plaintiff to show good cause why this action should not be dismissed for failure to file a more complete Affidavit of Indigency and for failure to comply with its prior Order (Doc. 3).   The Court cautioned Plaintiff that if he failed to file a more complete Affidavit of Indigency within this deadline, the Court would recommend that this action be dismissed for failure to prosecute citing Local Rule 3.10. Plaintiff also failed to respond to this Order.

Pursuant to Local Rule 3.10(a), "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." M.D. Fla. R. 3.10(a). Plaintiff failed to comply with two Orders of this Court. Additionally, Plaintiff failed to show good cause why this action should not be dismissed for failing to file a complete Affidavit of Indigency. Consequently, the Court finds that Plaintiff has failed to prosecute this action.

**IT IS RESPECTFULLY RECOMMENDED:**

This action be dismissed for failure to prosecute.

Respectfully recommended in Chambers in Ft. Myers, Florida on December 21, 2015.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.